# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142558(30)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC: 142558
                                 COA: 298250

BERNARD KELLY,
          Defendant-Appellant.
                                 Wayne CC: 05-012153-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 6, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____

d1219                                                 Clerk